BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States




FILED
JAN 15 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

APPROXIMATELY 3,804 FIREARMS,

Defendant.

1:14-CV-01999-JAM-SAB

ORDER REGARDING CLERK'S ISSUANCE OF WARRANT FOR ARREST OF ARTICLES *IN REM*

WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on December 15, 2014, in the United States District Court for the Eastern District of California, alleging that the defendant Approximately 3,804 Firearms ("defendant firearms") are subject to forfeiture to the United States pursuant to 18 U.S.C. § 924(d)(1) for one or more violations of 18 U.S.C. § 922(a)(1)(A);

And, the Court being satisfied that, based on the Verified Complaint for Forfeiture *In Rem* and the affidavit of Bureau of Alcohol, Tobacco, Firearms and Explosives Special Agent Bradley Dickey, there is probable cause to believe that the defendant firearms so described constitutes property that is subject to forfeiture for such violation(s), and that grounds for the issuance of a Warrant for Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern District of California, shall issue a Warrant for Arrest of Articles *In Rem* for the defendant firearms.

Dated: 1/15/2015

Honorable STANLEY A. BOONE
United States Magistrate Judge