BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States



IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:14-CV-01999-AWI-SAB |
|---|---|
| Plaintiff, | WARRANT FOR ARREST OF ARTICLES *IN REM* |
| v. | |
| APPROXIMATELY 3,804 FIREARMS, | |
| Defendant. | |

TO THE U.S. MARSHALS SERVICE OF THE EASTERN DISTRICT OF CALIFORNIA AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

WHEREAS, a verified complaint of forfeiture has been filed on December 15, 2014, in the United States District Court for the Eastern District of California, alleging that the defendant Approximately 3,804 Firearms (hereafter "defendant firearms") are subject to forfeiture to the United States pursuant to 18 U.S.C. § 924(d)(1) for one or more violations of 18 U.S.C. § 922(a)(1)(A);

WHEREAS, Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules") provides that when the United States files a complaint demanding a forfeiture for violation of a federal statute, the clerk must issue a warrant to arrest the property if it is in the government's possession, custody, or control. The defendant firearms are in the custody of the Bureau of Alcohol, Tobacco, Firearms and Explosives for the Eastern District of

1 California;

2 WHEREAS, in addition, United States Magistrate Judge Stanley A. Boone has ordered that the
3 Clerk for the United States District Court, Eastern District of California, shall issue a Warrant for
4 Arrest of Articles *In Rem* for the defendant firearms based on the Verified Complaint for Forfeiture *In*
5 *Rem* and the affidavit of Bureau of Alcohol, Tobacco, Firearms and Explosives Special Agent Bradley
6 Dickey, stating that there is probable cause to believe that the defendant firearms so described
7 constitutes property that is subject to forfeiture for such violation(s);

8 YOU ARE, THEREFORE, HEREBY COMMANDED to arrest and seize the defendant
9 firearms, and use discretion and whatever means appropriate to protect and maintain said defendant
10 firearms; and

11 IT IS FURTHER ORDERED that you shall provide notice of this action to all persons thought
12 to have an interest in or claim against the defendant firearms by serving upon such persons a copy of
13 this warrant and a copy of the Verified Complaint for Forfeiture *In Rem* in a manner consistent with the
14 Supplemental Rules, the Federal Rules of Civil Procedure ("Fed. R. Civ. P."), and federal law. This
15 warrant provides notice that in order to avoid forfeiture of the defendant firearms, any person claiming
16 an interest in, or right against, the property must file a verified claim, signed under penalty of perjury,
17 identifying the interest in, or right against, the property in the manner set forth in Rule G(5)(a) of the
18 Supplemental Rules, Federal Rules of Civil Procedure, except that in no event may such claim be filed
19 later than 35 days after the date of notice of the forfeiture action and a copy of the complaint was sent
20 or, as applicable, 60 days after the first day of publication on the official internet government forfeiture
21 site www.forfeiture.gov posting the notice of the forfeiture action. In addition, any person having filed
22 such a claim must also file an answer to the complaint or a motion under Rule G(5) and Fed. R. Civ. P.,
23 Rule 12 no later than 21 days after the filing of the claim, with a copy thereof sent to Assistant U.S.
24 Attorney Kevin C. Khasigian, 501 I Street, Suite 10-100, Sacramento, CA 95814.
25 ///
26 ///
27 ///
28 ///

Warrant for Arrest

1  IT IS FURTHER ORDERED that, promptly after execution of this process, you shall file the
2  same in this Court with your return thereon, identifying the individuals upon whom copies were served
3  and the manner employed.

4  Dated: __FEB - 5 2015__, 2015             MARIANNE MATHERLY, Clerk

6                                      By:   **J. HELLINGS**
                                             _____
7                                            Deputy Clerk
                                             United States District Court
8                                            Eastern District of California

Warrant for Arrest