CATS ID: See Exhibit A

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States | 1:14-CV-01999-JAM-SAB |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Approximately 3,804 Firearms | Personal Service |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Michael Mueller

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
27717 Scott Avenue, Valencia, CA 91355-1219

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

U.S. Attorney's Office
Attn: Elisa Rodriguez
2500 Tulare Street, Suite 4401
Fresno, CA 93721

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

RECEIVED U.S. MARSHALS SERVICE 2015 FEB 16 AM 10:19

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please personally serve Michael Mueller at the above-listed address, or any other address for Michael Mueller known or discovered by USMS, the following documents: Verified Complaint for Forfeiture In Rem, Notice of Related Case, Order Setting Mandatory Scheduling Conference, Notice of Availability of Magistrate Judge, Notice of Availability of Voluntary Dispute Resolution, Related case order, Affidavit in Support of Order re Warrant, Order re Warrant for Arrest, and notice of forfeiture letter dated February 5, 2015. Warrant for Arrest.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
*Tammy Toglia*
TELEPHONE NUMBER: Elisa Rodriguez (559) 497-4057
DATE: 2/6/15

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 97 | 12 | *Michelle Kelly* | 2/6/15  2-9-15 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

| Date of Service | Time | |
|---|---|---|
| 2/26/15 | 11:00 | am |

Signature of U.S. Marshal or Deputy: 4633

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 130.00 | 43.70 | | 173.70 | | |

REMARKS: 1 DUSM, 2 HR, 76 RT miles

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

**Exhibit A**

1. Unknown Rifle Cal: unknown SN: unknown (14-ATF-009620),
2. Unknown Rifle Cal: unknown SN: unknown (14-ATF-009623),
3. Unknown Receiver/Frame Cal: unknown SN: unknown (14-ATF-009624),
4. Unknown Receiver/Frame Cal: unknown SN: unknown (14-ATF-009626),
5. Approximately 51 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009627),
6. Approximately 150 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009630),
7. Approximately 150 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009631),
8. Approximately 90 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009632),
9. Approximately 39 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009633),
10. Approximately 100 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009634),
11. Approximately 89 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009635),
12. Approximately 150 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009636),
13. Approximately 131 unknown AR15 type Receiver/Frame Cal: unknown (14-ATF-009637),
14. Approximately 72 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009638),
15. Approximately 150 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009639),
16. Approximately 89 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009640),
17. Approximately 20 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009641),
18. Approximately 33 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009642),
19. Approximately 8 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009643),
20. Approximately 56 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009644),
21. Approximately 149 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009645),
22. Approximately 150 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009646),
23. Approximately 133 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009647),
24. Approximately 150 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009648),
25. Approximately 88 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009649),
26. Approximately 7 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009650),
27. Approximately 150 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009651),
28. Approximately 128 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009652),
29. Approximately 89 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009653),
30. Approximately 150 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009654),
31. Approximately 13 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009655),
32. Approximately 27 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009656),
33. Approximately 15 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009657),
34. Approximately 34 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009658),
35. Approximately 6 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009659),
36. Approximately 14 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009660),
37. Approximately 5 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009661),
38. Approximately 23 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009662),
39. Approximately 9 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009663),
40. Approximately 41 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009664),
41. Approximately 54 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009665),
42. Approximately 103 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009666),
43. Approximately 89 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009667),
44. Approximately 55 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009668),
45. Approximately 25 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009669),
46. Approximately 13 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009670),
47. Approximately 90 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009671),
48. Approximately 66 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009672),
49. Approximately 75 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009673),
50. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009674),
51. Approximately 149 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009675),
52. Approximately 150 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009676),
53. Approximately 44 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009677),

54. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009678),
55. Approximately 19 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009679),
56. Approximately 2 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009680),
57. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009681),
58. Approximately 6 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009682),
59. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009683),
60. Approximately 2 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009684),
61. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009685),
62. Approximately 2 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009686),
63. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009687),
64. Approximately 6 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009688),
65. Approximately 6 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009689),
66. Approximately 6 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009690),
67. Approximately 3 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009691),
68. Approximately 5 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009692),
69. Approximately 13 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009693),
70. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009694),
71. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009695),
72. Approximately 2 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009696),
73. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009697),
74. Approximately 2 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009698),
75. Approximately 2 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009699),
76. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009700),
77. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009701),
78. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009702),
79. Approximately 2 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009703),
80. Approximately 2 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009704),
81. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009705),
82. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009706),
83. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009707),
84. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009708),
85. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009709),
86. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009710),
87. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009711),
88. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009712),
89. Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010749),
90. Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010750),
91. Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010751),
92. Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010752),
93. Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010753),
94. Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010754),
95. Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010755),
96. Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010756),
97. Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010757),
98. Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010758),
99. Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010759),
100. Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010760),
101. Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010761),
102. Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010762),
103. Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010985),
104. Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010986),
105. Approximately 9 unknown AR15 type Receiver/Frame Cal: unknown (14-ATF-011489),
106. Unknown Receiver/Frame Cal: unknown SN: unknown (14-ATF-012716),
107. Unknown Receiver/Frame Cal: unknown SN: unknown (14-ATF-012720), and
108. Unknown Receiver/Frame Cal: unknown SN: unknown (14-ATF-012721).