BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:14-CV-01999-JAM-SAB |
| Plaintiff, | REQUEST TO CLERK FOR ENTRY OF DEFAULT AGAINST MICHAEL MUELLER |
| v. | |
| APPROXIMATELY 3,804 FIREARMS, | |
| Defendant. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please enter the default of **Michael Mueller**, as to all right, title, and interest he may have in the above-named defendant property, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, for his failure to file a claim, answer, plead, or otherwise defend this action within the time allowed by law. (*See* Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.)

Dated:  September 15, 2015          BENJAMIN B. WAGNER
                                     United States Attorney


                                     /s/ Kevin C. Khasigian
                                     KEVIN C. KHASIGIAN
                                     Assistant United States Attorney