```
BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:14-CV-01999-JAM-SAB |
|---|---|
| Plaintiff, | DECLARATION OF ELISA RODRIGUEZ IN SUPPORT OF REQUEST TO CLERK FOR ENTRY OF DEFAULT AGAINST MICHAEL MUELLER |
| v. | |
| APPROXIMATELY 3,804 FIREARMS, | |
| Defendant. | |

I, ELISA RODRIGUEZ, declare as follows:

1. I am the FSA Paralegal III assigned to the above-captioned civil forfeiture action.

2. I have personal knowledge of the following matters, except those stated on information and belief, and as to those matters I believe them to be true, and if called as a witness in this proceeding, after being duly sworn, I could and would competently testify thereto.

3. To the best of my knowledge and belief, Michael Mueller is not an infant nor is he an incapacitated person.

4. To the best of my knowledge and belief, Michael Mueller is not in the military service of the United States, within the meaning of the Servicemembers' Civil Relief Act, as amended.

5.   On February 26, 2015, Michael Mueller was personally served with copies of the Verified Complaint for Forfeiture In Rem, Notice of Related Case, Order Setting Mandatory Scheduling Conference, Notice of Availability of Magistrate Judge, Notice of Availability of Voluntary Dispute Resolution, Related Case Order, Affidavit in Support of Order re Warrant, Order re Warrant for Arrest of Articles In Rem, Warrant for Arrest of Articles In Rem, and notice of forfeiture letter dated February 5, 2015.  A true and correct copy of the United States Marshals Process Receipt and Return filed March 18, 2015, is attached hereto as Exhibit A.

6.   To date, no claim or answer has been filed by or on behalf of Michael Mueller as required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and his time to file a claim and answer has expired.

7.   The defendant approximately 3,804 firearms were arrested on February 17, 2014, by the Bureau of Alcohol, Tobacco, Firearms and Explosives.  *See* United States Marshals Service Process Receipt and Return filed February 19, 2015.

8.   Beginning on February 6, 2015, for at least 30 consecutive days, the United States published notice of this action on the official internet government forfeiture site www.forfeiture.gov as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.  *See* the Declaration of Publication filed with the Court on March 9, 2015.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of September, 2015.

 /s/ Elisa Rodriguez
ELISA RODRIGUEZ
FSA Paralegal III
(Original signature retained by attorney)

**EXHIBIT A**

CATS ID: See Exhibit A

U.S. Department of Justice
United States Marshals Service

PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.*

Case 1:14-cv-01999-JAM-SAB Document 20 Filed 09/15/15 Page 4 of 6
2015 FEB -9 AM 7:02

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States | 1:14-CV-01999-JAM-SAB |
| DEFENDANT | TYPE OF PROCESS |
| Approximately 3,804 Firearms | Personal Service |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Michael Mueller

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

27717 Scott Avenue, Valencia, CA 91355-1219

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

U.S. Attorney's Office
Attn: Elisa Rodriguez
2500 Tulare Street, Suite 4401
Fresno, CA 93721

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

2015 FEB 16 AM 10:19 RECEIVED CA U.S. MARSHALS SERVICE

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):

Please personally serve Michael Mueller at the above-listed address, or any other address for Michael Mueller known or discovered by USMS, the following documents: Verified Complaint for Forfeiture In Rem, Notice of Related Case, Order Setting Mandatory Scheduling Conference, Notice of Availability of Magistrate Judge, Notice of Availability of Voluntary Dispute Resolution, Related Case Order, Affidavit in Support of Order re Warrant, Order re Warrant for Arrest, and notice of forfeiture letter dated February 5, 2015. Warrant for Arrest.

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: Elisa Rodriguez (559) 497-4057
DATE: 2/6/15

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

Total Process: 1
District of Origin No. 97
District to Serve No. 12
Signature of Authorized USMS Deputy or Clerk: Michelle Kelly
Date: 2/6/15, 2-9-15

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

Name and title of individual served (*if not shown above*):

Address (*complete only if different than shown above*):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode

Date of Service: 2/26/15
Time: 11:00 am
Signature of U.S. Marshal or Deputy: 4633

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 130.00 | 43.70 | | 173.70 | | | |

REMARKS: 1 DUSM, 2 HR, 76 RT miles

PRIOR EDITIONS MAY BE USED

1. CLERK OF THE COURT

FORM USM-285 (Rev. 12/15/80)

**Exhibit A**

1. Unknown Rifle Cal: unknown SN: unknown (14-ATF-009620),
2. Unknown Rifle Cal: unknown SN: unknown (14-ATF-009623),
3. Unknown Receiver/Frame Cal: unknown SN: unknown (14-ATF-009624),
4. Unknown Receiver/Frame Cal: unknown SN: unknown (14-ATF-009626),
5. Approximately 51 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009627),
6. Approximately 150 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009630),
7. Approximately 150 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009631),
8. Approximately 90 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009632),
9. Approximately 39 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009633),
10. Approximately 100 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009634),
11. Approximately 89 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009635),
12. Approximately 150 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009636),
13. Approximately 131 unknown AR15 type Receiver/Frame Cal: unknown (14-ATF-009637),
14. Approximately 72 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009638),
15. Approximately 150 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009639),
16. Approximately 89 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009640),
17. Approximately 20 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009641),
18. Approximately 33 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009642),
19. Approximately 8 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009643),
20. Approximately 56 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009644),
21. Approximately 149 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009645),
22. Approximately 150 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009646),
23. Approximately 133 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009647),
24. Approximately 150 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009648),
25. Approximately 88 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009649),
26. Approximately 7 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009650),
27. Approximately 150 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009651),
28. Approximately 128 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009652),
29. Approximately 89 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009653),
30. Approximately 150 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009654),
31. Approximately 13 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009655),
32. Approximately 27 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009656),
33. Approximately 15 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009657),
34. Approximately 34 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009658),
35. Approximately 6 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009659),
36. Approximately 14 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009660),
37. Approximately 5 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009661),
38. Approximately 23 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009662),
39. Approximately 9 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009663),
40. Approximately 41 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009664),
41. Approximately 54 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009665),
42. Approximately 103 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009666),
43. Approximately 89 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009667),
44. Approximately 55 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009668),
45. Approximately 25 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009669),
46. Approximately 13 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009670),
47. Approximately 90 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009671),
48. Approximately 66 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009672),
49. Approximately 75 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009673),
50. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009674),
51. Approximately 149 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009675),
52. Approximately 150 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009676),
53. Approximately 44 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009677),

54. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009678),
55. Approximately 19 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009679),
56. Approximately 2 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009680),
57. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009681),
58. Approximately 6 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009682),
59. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009683),
60. Approximately 2 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009684),
61. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009685),
62. Approximately 2 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009686),
63. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009687),
64. Approximately 6 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009688),
65. Approximately 6 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009689),
66. Approximately 6 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009690),
67. Approximately 3 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009691),
68. Approximately 5 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009692),
69. Approximately 13 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009693),
70. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009694),
71. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009695),
72. Approximately 2 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009696),
73. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009697),
74. Approximately 2 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009698),
75. Approximately 2 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009699),
76. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009700),
77. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009701),
78. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009702),
79. Approximately 2 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009703),
80. Approximately 2 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009704),
81. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009705),
82. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009706),
83. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009707),
84. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009708),
85. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009709),
86. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009710),
87. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009711),
88. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009712),
89. Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010749),
90. Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010750),
91. Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010751),
92. Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010752),
93. Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010753),
94. Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010754),
95. Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010755),
96. Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010756),
97. Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010757),
98. Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010758),
99. Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010759),
100. Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010760),
101. Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010761),
102. Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010762),
103. Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010985),
104. Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010986),
105. Approximately 9 unknown AR15 type Receiver/Frame Cal: unknown (14-ATF-011489),
106. Unknown Receiver/Frame Cal: unknown SN: unknown (14-ATF-012716),
107. Unknown Receiver/Frame Cal: unknown SN: unknown (14-ATF-012720), and
108. Unknown Receiver/Frame Cal: unknown SN: unknown (14-ATF-012721).