1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorney for the United States

6

7

8                 UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,           No. 1:14-CV-01999-JAM-SAB

12          Plaintiff,                  STIPULATION FOR FINAL JUDGMENT OF
                                        FORFEITURE
13       v.

14  APPROXIMATELY 3,804 FIREARMS,

15          Defendant.

16

17  CALIFORNIA RIFLE PISTOL             No. 1:14-CV-01211-JAM-SAB
    ASSOCIATION, INCORPORATED,
18
            Plaintiff,
19       v.

20  BUREAU OF ALCOHOL, TOBACCO,
    FIREARMS AND EXPLOSIVES;
21  ATTORNEY GENERAL ERIC HOLDER,
    in his official capacity; B. TODD JONES,
22  in his official capacity, and DOES 1
    through 100, inclusive,
23
            Defendants.
24

25

26      It is stipulated by and between the United States and claimant Chris Cook (hereafter

27  "Claimant"), by and through their respective counsel of record, as follows:

28
                                   1
    STIPULATION FOR FINAL JUDGMENT OF FORFEITURE

1.   This is a civil forfeiture action brought against approximately 3,804 items that the United States of America (hereafter "Plaintiff") contends are "firearms" as defined under federal law (the "defendant firearms") that were seized in Bakersfield, California on March 7, April 2, and April 30, 2014 and in Valencia, California, on March 13, 2014.

2.   A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on December 15, 2014, alleging that said defendant firearms are subject to forfeiture to the United States pursuant to 18 U.S.C. § 924(d)(1).

3.   On February 5, 2015, the Clerk issued a Warrant for Arrest for the defendant firearms, and that warrant was duly executed on February 17, 2015.

4.   Beginning on February 6, 2015, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov.  A Declaration of Publication was filed on March 9, 2015.

5.   In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to:

    a. Joseph Silvoso, Attorney

    b. Michael Mueller

6.   Claimant Chris Cook filed a claim to the defendant firearms on January 16, 2015, and on February 6, 2015, filed his answer to the complaint.  No other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

7.   The Clerk of the Court entered a Clerk's Certificate of Entry of Default against Michael Mueller on September 16, 2015.  Pursuant to Local Rule 540, the United States and Claimant thus join in a request that as part of the Final Judgment of Forfeiture the Court enter a default judgment against the interests, if any, of Michael Mueller without further notice.

8.   Claimant represents and warrants that he is the sole owner of the defendant firearms.

9.   The United States' allegations are set forth in its Complaint.  Claimant denies these allegations.  To avoid the uncertainty and expense of further litigation, the parties desire to

STIPULATION FOR FINAL JUDGMENT OF FORFEITURE

stipulate to the entry of a Final Judgment of Forfeiture of the defendant firearms on the following terms:

a.  Upon entry of a Final Judgment of Forfeiture, the defendant firearms shall be forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1), to be disposed of according to law.

b.  Claimant hereby releases the United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant firearms. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed. Claimant agrees to waive the provision of California Civil Code § 1542, which provides:

> A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor.

c.  Plaintiff will release any and all personal and business records belonging to Claimant or to EP Armory LLC, including those stored in electronic format, seized as part of the investigation regarding defendant firearms.  If Plaintiff is unable to release those documents, neither Plaintiff nor its agents will oppose any motion for return of property filed by Claimant for the release of any and all personal and business records belonging to Claimant or to EP Armory LLC, including those stored in electronic format, seized as part of the investigation regarding defendant firearms.  The parties agree that the defendant firearms do not constitute "personal and business records" for purposes of this stipulation.

d.  Each party represents, and the parties agree, that no party substantially prevailed in this action within the meaning of 28 U.S.C. § 2465.

e.  Each party represents, and the parties agree, that there was probable cause for arrest and seizure of the defendant firearms, and for the commencement and prosecution of this

forfeiture action, and that the Court should enter a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

f.  Nothing in this Stipulation shall be construed as or used as evidence of an admission of liability, fault, or wrongdoing by any party.

g.  Each party shall bear his or own costs and attorney's fees.

h.  The parties and their undersigned attorneys agree to execute and deliver such other and further documents as may be required to carry out the terms of this Stipulation.

i.  Each person signing this Stipulation represents and warrants that it possesses full authority to bind the party on whose behalf he is signing to the terms of the Stipulation.

j.  Each party represents and warrants that no promises, inducements, or other agreements not expressly contained herein have been made; that this Stipulation contains the entire agreement between the parties; and that the terms of this Stipulation are contractual and not mere recitals.  All prior oral understandings, agreements, and writing are superseded by this Stipulation and are of no force or effect.

k.  This Stipulation may not be altered, amended, modified, or otherwise changed in any respect, except by a writing duly executed by the party to be charged.

l.  Each party represents that he or she understands the content of this Stipulation and enters it voluntarily, and has not been influenced by any person acting on behalf of any other party.

///

///

///

///

///

///

///

///

4

1        m. Notwithstanding the entry of a Final Judgment of Forfeiture herein, the parties

2  hereby stipulate that the U.S. District Court for the Eastern District of California shall retain

3  jurisdiction to enforce the terms of this compromise settlement.

4

5                               BENJAMIN B. WAGNER
                                 United States Attorney

6

7  Dated:  2/5/2016          By:

8                               KEVIN C. KHASIGIAN
                               Assistant United States Attorney

9

10

11  Dated:  1-28-16        By:

12                               C.D. MICHEL
                               ANNA BARVIR

13                               Attorneys for Claimant Chris Cook

14

15

16  Dated:  1-28-2016      By:

17                               CHRIS COOK
                               Claimant

18

19

20

21

22

23

24

25

26

27

28

5

1

## Exhibit A

2
1.  Unknown Rifle Cal: unknown SN: unknown (14-ATF-009620),
2.  Unknown Rifle Cal: unknown SN: unknown (14-ATF-009623),

3
3.  Unknown Receiver/Frame Cal: unknown SN: unknown (14-ATF-009624),
4.  Unknown Receiver/Frame Cal: unknown SN: unknown (14-ATF-009626),

4
5.  Approximately 51 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009627),
6.  Approximately 150 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009630),

5
7.  Approximately 150 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009631),
8.  Approximately 90 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009632),

6
9.  Approximately 39 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009633),
10. Approximately 100 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009634),

7
11. Approximately 89 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009635),
12. Approximately 150 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009636),

8
13. Approximately 131 unknown AR15 type Receiver/Frame Cal: unknown (14-ATF-009637),
14. Approximately 72 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009638),

9
15. Approximately 150 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009639),
16. Approximately 89 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009640),

10
17. Approximately 20 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009641),
18. Approximately 33 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009642),

11
19. Approximately 8 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009643),
20. Approximately 56 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009644),

12
21. Approximately 149 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009645),
22. Approximately 150 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009646),

13
23. Approximately 133 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009647),
24. Approximately 150 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009648),

14
25. Approximately 88 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009649),
26. Approximately 7 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009650),

15
27. Approximately 150 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009651),
28. Approximately 128 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009652),

16
29. Approximately 89 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009653),
30. Approximately 150 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009654),

17
31. Approximately 13 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009655),
32. Approximately 27 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009656),

18
33. Approximately 15 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009657),
34. Approximately 34 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009658),

19
35. Approximately 6 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009659),
36. Approximately 14 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009660),

20
37. Approximately 5 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009661),
38. Approximately 23 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009662),

21
39. Approximately 9 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009663),
40. Approximately 41 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009664),

22
41. Approximately 54 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009665),
42. Approximately 103 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009666),

23
43. Approximately 89 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009667),
44. Approximately 55 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009668),

24
45. Approximately 25 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009669),
46. Approximately 13 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009670),

25
47. Approximately 90 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009671),
48. Approximately 66 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009672),

26
49. Approximately 75 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009673),
50. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009674),

27
51. Approximately 149 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009675),
52. Approximately 150 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009676),

28
53. Approximately 44 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009677),

STIPULATION FOR FINAL JUDGMENT OF FORFEITURE

54.  Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009678),
55.  Approximately 19 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009679),
56.  Approximately 2 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009680),
57.  Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009681),
58.  Approximately 6 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009682),
59.  Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009683),
60.  Approximately 2 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009684),
61.  Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009685),
62.  Approximately 2 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009686),
63.  Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009687),
64.  Approximately 6 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009688),
65.  Approximately 6 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009689),
66.  Approximately 6 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009690),
67.  Approximately 3 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009691),
68.  Approximately 5 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009692),
69.  Approximately 13 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009693),
70.  Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009694),
71.  Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009695),
72.  Approximately 2 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009696),
73.  Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009697),
74.  Approximately 2 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009698),
75.  Approximately 2 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009699),
76.  Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009700),
77.  Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009701),
78.  Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009702),
79.  Approximately 2 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009703),
80.  Approximately 2 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009704),
81.  Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009705),
82.  Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009706),
83.  Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009707),
84.  Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009708),
85.  Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009709),
86.  Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009710),
87.  Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009711),
88.  Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009712),
89.  Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010749),
90.  Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010750),
91.  Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010751),
92.  Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010752),
93.  Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010753),
94.  Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010754),
95.  Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010755),
96.  Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010756),
97.  Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010757),
98.  Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010758),
99.  Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010759),
100.  Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010760),
101.  Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010761),
102.  Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010762),
103.  Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010985),
104.  Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010986),
105.  Approximately 9 unknown AR15 type Receiver/Frame Cal: unknown (14-ATF-011489),
106.  Unknown Receiver/Frame Cal: unknown SN: unknown (14-ATF-012716),
107.  Unknown Receiver/Frame Cal: unknown SN: unknown (14-ATF-012720), and
108.  Unknown Receiver/Frame Cal: unknown SN: unknown (14-ATF-012721)

7

STIPULATION FOR FINAL JUDGMENT OF FORFEITURE