BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>APPROXIMATELY 3,804 FIREARMS,<br><br>                Defendant. | 1:14-CV-01999-JAM-SAB<br><br>FINAL JUDGMENT OF FORFEITURE |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1. This is a civil forfeiture action brought against approximately 3,804 items listed in Exhibit A attached hereto that the United States of America contends are "firearms" as defined under federal law (the "defendant firearms") that were seized in Bakersfield, California on March 7, April 2, and April 30, 2014 and in Valencia, California, on March 13, 2014.

2. A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on December 15, 2014, alleging that said defendant firearms are subject to forfeiture to the United States pursuant to 18 U.S.C. § 924(d)(1).

3. On February 5, 2015, the Clerk issued a Warrant for Arrest for the defendant firearms, and that warrant was duly executed on February 17, 2015.

4. Beginning on February 6, 2015, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov. A Declaration of Publication was filed on March 9, 2015.

5. In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to:

    a. Chris Cook, c/o Joseph Silvoso, Attorney

    b. Michael Mueller

6. Claimant Chris Cook ("Claimant") filed a claim to the defendant firearms on January 16, 2015, and on February 6, 2015, filed his answer to the complaint. No other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

7. The Clerk of the Court entered a Clerk's Certificate of Entry of Default against Michael Mueller on September 16, 2015. Pursuant to Local Rule 540, the United States and Claimant thus join in a request that as part of this Final Judgment of Forfeiture, the Court enter a default judgment against the interests, if any, of Michael Mueller without further notice.

8. Claimant represented and warranted that he is the sole owner of the defendant firearms.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1. Judgment is hereby entered against claimant Chris Cook, and all other potential claimants who have not filed claims in this action.

2. Upon entry of this Final Judgment of Forfeiture, the defendant approximately 3,804 firearms listed in Exhibit A attached hereto shall be forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1), to be disposed of according to law.

3. The United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant firearms. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed. Claimant waived the provisions of California

Civil Code § 1542.

4. The United States will release any and all personal and business records belonging to Claimant or to EP Armory LLC, including those stored in electronic format, seized as part of the investigation regarding defendant firearms. If the United States is unable to release those documents, neither the United States nor its agents will oppose any motion for return of property filed by Claimant for the release of any and all personal and business records belonging to Claimant or to EP Armory LLC, including those stored in electronic format, seized as part of the investigation regarding the defendant firearms. The parties agree that the defendant firearms do not constitute "personal and business records" for purposes of this case.

5. All parties are to bear their own costs and attorneys' fees.

6. The U.S. District Court for the Eastern District of California, Hon. John A. Mendez, District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

7. Based upon the allegations set forth in the Complaint filed December 15, 2014, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure and arrest of the defendant firearms, and for the commencement and prosecution of this forfeiture action.

SO ORDERED THIS 8th day of February, 2016

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

**Exhibit A**

1. Unknown Rifle Cal: unknown SN: unknown (14-ATF-009620),
2. Unknown Rifle Cal: unknown SN: unknown (14-ATF-009623),
3. Unknown Receiver/Frame Cal: unknown SN: unknown (14-ATF-009624),
4. Unknown Receiver/Frame Cal: unknown SN: unknown (14-ATF-009626),
5. Approximately 51 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009627),
6. Approximately 150 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009630),
7. Approximately 150 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009631),
8. Approximately 90 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009632),
9. Approximately 39 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009633),
10. Approximately 100 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009634),
11. Approximately 89 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009635),
12. Approximately 150 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009636),
13. Approximately 131 unknown AR15 type Receiver/Frame Cal: unknown (14-ATF-009637),
14. Approximately 72 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009638),
15. Approximately 150 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009639),
16. Approximately 89 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009640),
17. Approximately 20 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009641),
18. Approximately 33 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009642),
19. Approximately 8 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009643),
20. Approximately 56 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009644),
21. Approximately 149 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009645),
22. Approximately 150 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009646),
23. Approximately 133 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009647),
24. Approximately 150 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009648),
25. Approximately 88 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009649),
26. Approximately 7 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009650),
27. Approximately 150 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009651),
28. Approximately 128 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009652),
29. Approximately 89 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009653),
30. Approximately 150 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009654),
31. Approximately 13 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009655),
32. Approximately 27 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009656),
33. Approximately 15 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009657),
34. Approximately 34 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009658),
35. Approximately 6 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009659),
36. Approximately 14 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009660),
37. Approximately 5 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009661),
38. Approximately 23 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009662),
39. Approximately 9 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009663),
40. Approximately 41 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009664),
41. Approximately 54 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009665),
42. Approximately 103 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009666),
43. Approximately 89 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009667),
44. Approximately 55 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009668),
45. Approximately 25 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009669),
46. Approximately 13 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009670),
47. Approximately 90 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009671),
48. Approximately 66 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009672),
49. Approximately 75 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009673),
50. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009674),
51. Approximately 149 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009675),
52. Approximately 150 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009676),
53. Approximately 44 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009677),
54. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009678),

4

Final Judgment of Forfeiture

55. Approximately 19 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009679),
56. Approximately 2 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009680),
57. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009681),
58. Approximately 6 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009682),
59. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009683),
60. Approximately 2 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009684),
61. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009685),
62. Approximately 2 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009686),
63. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009687),
64. Approximately 6 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009688),
65. Approximately 6 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009689),
66. Approximately 6 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009690),
67. Approximately 3 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009691),
68. Approximately 5 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009692),
69. Approximately 13 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009693),
70. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009694),
71. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009695),
72. Approximately 2 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009696),
73. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009697),
74. Approximately 2 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009698),
75. Approximately 2 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009699),
76. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009700),
77. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009701),
78. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009702),
79. Approximately 2 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009703),
80. Approximately 2 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009704),
81. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009705),
82. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009706),
83. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009707),
84. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009708),
85. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009709),
86. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009710),
87. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009711),
88. Approximately 1 unknown AR 15 type Receiver/Frame Cal: unknown (14-ATF-009712),
89. Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010749),
90. Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010750),
91. Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010751),
92. Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010752),
93. Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010753),
94. Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010754),
95. Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010755),
96. Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010756),
97. Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010757),
98. Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010758),
99. Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010759),
100. Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010760),
101. Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010761),
102. Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010762),
103. Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010985),
104. Unknown Polymer Receiver Cal: unknown SN: unknown (14-ATF-010986),
105. Approximately 9 unknown AR15 type Receiver/Frame Cal: unknown (14-ATF-011489),
106. Unknown Receiver/Frame Cal: unknown SN: unknown (14-ATF-012716),
107. Unknown Receiver/Frame Cal: unknown SN: unknown (14-ATF-012720), and
108. Unknown Receiver/Frame Cal: unknown SN: unknown (14-ATF-012721)

Final Judgment of Forfeiture